B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF MASSACHUSETTS

In Re:
MICHAEL T RODGERS

Case No. 1941931

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC

Carvana, LLC

Name of Transferee

Name of Transferor

Name and Address where notices to transferee
should be sent:
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Court Claim # (if known): 4
Amount of Claim: $17,417.05
Date Claim Filed: 01/17/2020

Phone: (877)829-8298
Last Four Digits of Acct # : 7801

Phone:
Last Four Digits of Acct #: 7801

Name and Address where transferee payments
Should be sent (if different from above)
Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

Seller Information
BRIDGECREST CREDIT COMPANY, LLC, AGENT
FOR, CARVANA AUTO RECEIVABLES GRANTOR
TRUST 2019-3
1930 W.RIO SALADO PKWY
TEMPE AZ 85281

Phone: (877)829-8298
Last Four Digits of Acct # : 7801

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                                                                    Date: 7/20/2021
Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Bridgecrest Acceptance Corporation ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

    (a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

    (b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Bridgecrest Acceptance Corporation

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

ANNA CATHARINE ISRAELIAN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 600131
Expires March 11, 2025

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
   Notary Public

Number: 600131

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Carvana, LLC ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Carvana, LLC

BY: BRIDGECREST CREDIT COMPANY, LLC,
as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

[Notary Seal: ANNA CATHARINE ISRAELIAN, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 600131, Expires March 11, 2025]

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
    Notary Public

Record Number: 600131

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Sonoran Auto Receivables Trust 2017-1 Term ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

    (a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

    (b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Sonoran Auto Receivables Trust 2017-1 Term

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

[Notary stamp: ANNA CATHARINE ISRAELIAN, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 600131, Expires March 11, 2025]

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
    Notary Public

Record Number: 600131

Execution

# BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Sonoran Auto Receivables Trust 2018-1 Term ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Sonoran Auto Receivables Trust 2018-1 Term

BY: BRIDGECREST CREDIT COMPANY, LLC,
as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

[Notary Seal: ANNA CATHARINE ISRAELIAN, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 600131, Expires March 1, 2025]

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
   Notary Public

Record Number: 600131

Execution

# BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Carvana Auto Receivables Grantor Trust 2019-1 ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Carvana Auto Receivables Grantor Trust 2019-1

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

[Notary Seal: ANNA CATHARINE ISRAEL, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 600131, Expires March 11, 2025]

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
Notary Public

Record Number: 600131

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Carvana Auto Receivables Grantor Trust 2019-2 ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Carvana Auto Receivables Grantor Trust 2019-2

BY: BRIDGECREST CREDIT COMPANY, LLC,
as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

ANNA CATHARINE ISRAELIAN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 600131
Expires March 11, 2025

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
  Notary Public

Record Number: 600131

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Carvana Auto Receivables Grantor Trust 2019-3 ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Carvana Auto Receivables Grantor Trust 2019-3

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

[Notary Seal: ANNA CATHARINE ISRAELIAN, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 600131, Expires March 11, 2025]

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
   Notary Public

Record Number: 600232

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Carvana Auto Receivables Grantor Trust 2019-4 ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Carvana Auto Receivables Grantor Trust 2019-4

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
  Notary Public

Record Number: 600232

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Carvana Auto Receivables Grantor Trust 2020-NP1 ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Carvana Auto Receivables Grantor Trust 2020-NP1

BY: BRIDGECREST CREDIT COMPANY, LLC,
as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

[Notary Seal: NINA CATHARINE ISRAELIAN, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 600131, Expires March 11, 2025]

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
  Notary Public

Record Number: 600131

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of SPVANA II, LLC ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

SPVANA II, LLC

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

[Notary Seal: KATHARINE ISRAELIAN, Public - State of Arizona, MARICOPA COUNTY, Commission # 600131, Expires March 11, 2025]

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
Notary Public

Record Number: 600131

Execution

# BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Fleet Street Auto-1 2020 Trust ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021

Fleet Street Auto-1 2020 Trust

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

[Notary Stamp: ANNA CATHARINE ISRAELIAN, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 600131, Expires March 11, 2025]

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
 Notary Public

Record Number: 600131

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Fleet Street Auto-3 2020 Trust ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

    (a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

    (b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021



ANNA CATHARINE ISRAELIAN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 600131
Expires March 11, 2025

Fleet Street Auto-3 2020 Trust

BY: BRIDGECREST CREDIT COMPANY, LLC,
as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
   Notary Public

Record Number: 600232

Execution

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Fleet Street Auto-4 2020 Trust ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to PORTFOLIO RECOVERY ASSOCIATES, LLC, a limited liability company organized under the laws of Delaware with an office at 120 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to May 31, 2021, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated June 24, 2021 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: June 24, 2021



ANNA CATHARINE ISRAELIAN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 600131
Expires March 11, 2025

Fleet Street Auto-4 2020 Trust

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On June 24, 2021, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, an Arizona domestic corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
Notary Public

Record Number: 600232